| | | | |
|---|---|---|---|
| In re | **Bradley E. Monninger**<br>**Susan M. Monninger** | Case No. | **1:20-bk-03376** |
| | Debtor(s) | Chapter | **13** |

# Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-0723**

Joint Debtor's Social Security Number:     **xxx-xx-7113**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Bradley E. Monninger and Susan M. Monninger** |
| Street: | **5518 Montgomery Church Road** |
| City, State and Zip: | **Greencastle, PA 17225** |
| Telephone #: | |

**Please be advised that effective** <u>December 3, 2020</u> **my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Bradley E. Monninger and Susan M. Monninger** |
| Street: | **5518 Montgomery Church Road** |
| City, State and Zip: | **Greencastle, PA 17225** |
| Telephone #: | |

**/s/ Bradley E. Monninger**
**Bradley E. Monninger**
Debtor

**/s/ Susan M. Monninger**
**Susan M. Monninger**
Joint Debtor