## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Susan M. Monninger pka Suan M. Kent  
      Bradley E. Monninger

                Debtor(s)

BK NO. 20-03376 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Rebecca Solarz*  
Rebecca Solarz  
30 Nov 2020, 15:36:31, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322