United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bradley E. Monninger  
Susan M. Monninger  
    Debtor(s)

Case No. 20-03376-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 03, 2020      Form ID: ntcor341      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley E. Monninger, Susan M. Monninger, 5518 Montgomery Church Road, Greencastle, PA 17225-9318 |
| aty | + | Nicholas G. Platt, Mooney Law, 230 York Street, Hanover, PA 17331-3270 |
| cr | + | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5375713 | + | Accumed Billing Services, 449 Eisenhower Blvd. Ste !20, Harrisburg, PA 17111-2301 |
| 5377163 | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5375715 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5375719 | + | Chambersburg Hospital, 760 E. Washington Street, Chambersburg, PA 17201-2751 |
| 5375721 | + | Christianne Schoedel MD, PO Box 14099, Belfast, ME 04915-4034 |
| 5375722 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5375723 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375724 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5375725 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375731 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5375735 | + | Rocket loans, Attn: Bankruptcy, 1274 Library St, Detroit, MI 48226-2256 |
| 5375736 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 5375742 | + | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 5375743 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5375744 | | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: dehartstaff@pamd13trustee.com | Dec 03 2020 19:21:00 | Charles J DeHart, III (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036-8625 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Dec 03 2020 19:21:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2020 19:32:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375714 | | Email/Text: ebn@americollect.com | Dec 03 2020 19:21:00 | Americollect, PO Box 1690, Manitowoc, WI 54221-1690 |
| 5375716 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 03 2020 19:34:31 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 5375726 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 03 2020 19:20:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 5375717 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 03 2020 19:34:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5375727 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2020 19:20:00 | Comenity - Wayfair, PO Box 659617, San Antonio, TX 78265-9617 |
| 5375728 | + | Email/Text: mrdiscen@discover.com | Dec 03 2020 19:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5375729 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Dec 03 2020 19:21:00 | | Hyundai Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 5375720 | | Email/PDF: ais.chase.ebn@americaninfosource.com Dec 03 2020 19:31:56 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5375730 | + | Email/Text: PBNCNotifications@peritusservices.com Dec 03 2020 19:20:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5375732 | + | Email/PDF: pa_dc_claims@navient.com Dec 03 2020 19:34:32 | | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5375733 | + | Email/Text: ext_ebn_inbox@navyfederal.org Dec 03 2020 19:21:51 | | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 5375734 | + | Email/Text: bankruptcyteam@quickenloans.com Dec 03 2020 19:21:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 5375737 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 19:29:48 | | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5375738 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 19:34:20 | | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5376177 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 19:34:21 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375739 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 19:31:51 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5375740 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 19:29:48 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5375741 | | Email/Text: bankruptcy@td.com Dec 03 2020 19:21:00 | | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5375718 | | Capital One Bank Usa N |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Susan M. Monninger ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Bradley E. Monninger ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bradley E. Monninger,<br>**Debtor 1** | Chapter 13 |
| Susan M. Monninger,<br>pka Suan M. Kent,<br>**Debtor 2** | Case No. 1:20−bk−03376−HWV |

Social Security No.:
       xxx−xx−0723       xxx−xx−7113

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above−referenced case. A correction was made to the information contained in that notice as stated below:

- Address of Debtor 1:
  5518 Montgomery Church Road
  Greencastle, PA 17225

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| 341 meeting by video conference, further details will be provided to you. | Date: January 7, 2021<br>Time: 09:00 AM |
|---|---|

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **March 8, 2021.**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **February 2, 2021.**

---

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

---

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Date: December 3, 2020

ntcor341(04/20)