UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRADLEY E. MONNINGER and : CHAPTER 13
SUSAN M. MONNINGER :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
BRADLEY E. MONNINGER and :
SUSAN M. MONNINGER :
    Respondent(s) : CASE NO. 1-20-bk-03376

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 7th day of January, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Plan payment calculation sum of Lines 34, 35, 36 45 and 46.
    b. Unemployment compensation – Line 8.

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Earning capacity

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                           Respectfully submitted:

                           /s/Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA 17036
                           (717) 566-6097

## CERTIFICATE OF SERVICE

        AND NOW, this   19th   day of January, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA 27331

                           /s/Deborah A. Behney
                           Office of Charles J. DeHart, III
                           Standing Chapter 13 Trustee2