United States Bankruptcy Court

Middle District of Pennsylvania (Harrisburg)

IN RE: SUSAN M MONNINGER    CASE NO.: 20-03376
                             CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 2-2, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/25/2025                    /s/Lisa Johnson
                              Account Resolution Associate Manager
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:20-bk-03376-HWV    Doc 52    Filed 09/25/25    Entered 09/25/25 10:35:23    Desc
Main Document    Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE:   SUSAN M MONNINGER               CASE NO: 20-03376
                                         CHAPTER: 13

        Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/25/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


09/25/2025                    /s/Lisa Johnson
                              Account Resolution Associate Manager
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.