Certificate Number: 16339-PAM-DE-040146838

Bankruptcy Case Number: 20-03376


16339-PAM-DE-040146838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2025, at 4:29 o'clock PM EDT, Bradley Monninger completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 30, 2025    By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor