Certificate Number: 16339-PAM-DE-040146839

Bankruptcy Case Number: 20-03376



16339-PAM-DE-040146839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2025, at 4:29 o'clock PM EDT, Susan Monninger completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 30, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor