Certificate Number: 16339-PAM-DE-040146839

Bankruptcy Case Number: 20-03376



16339-PAM-DE-040146839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 30, 2025</u>, at <u>4:29</u> o'clock <u>PM EDT</u>, <u>Susan Monninger</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 30, 2025</u>　　By:　<u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　Name:　<u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　Title:　<u>Certified Financial Counselor</u>

Certificate Number: 16339-PAM-DE-040146838

Bankruptcy Case Number: 20-03376


16339-PAM-DE-040146838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2025, at 4:29 o'clock PM EDT, Bradley Monninger completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 30, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor