United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03376-HWV |
| Bradley E. Monninger | Chapter 13 |
| Susan M. Monninger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley E. Monninger, Susan M. Monninger, 5518 Montgomery Church Road, Greencastle, PA 17225-9318 |
| 5375713 | + | Accumed Billing Services, 449 Eisenhower Blvd. Ste !20, Harrisburg, PA 17111-2301 |
| 5375721 | + | Christianne Schoedel MD, PO Box 14099, Belfast, ME 04915-4034 |
| 5385722 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5375736 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Dec 18 2025 18:40:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 18:39:51 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Dec 18 2025 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFAUTO | Dec 18 2025 23:40:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5375714 | | Email/Text: ebn@americollect.com | Dec 18 2025 18:40:00 | Americollect, PO Box 1690, Manitowoc, WI 54221-1690 |
| 5377163 | + | Email/Text: bkfilings@zwickerpc.com | Dec 18 2025 18:40:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5382061 | | Email/PDF: bncnotices@becket-lee.com | Dec 18 2025 18:39:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5375715 | + | Email/PDF: bncnotices@becket-lee.com | Dec 18 2025 18:39:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5375716 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 18 2025 18:39:42 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 5375726 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2025 18:40:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 5377627 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2025 18:40:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5375717 | + | EDI: CAPITALONE.COM | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5383317 | EDI: CAPITALONE.COM | Dec 18 2025 23:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| | | Dec 18 2025 23:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5375720 | + EDI: JPMORGANCHASE | Dec 18 2025 23:40:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5375722 | + EDI: CITICORP | Dec 18 2025 23:40:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5375723 | + EDI: CITICORP | Dec 18 2025 23:40:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375724 | EDI: CITICORP | Dec 18 2025 23:40:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5386983 | EDI: CITICORP | Dec 18 2025 23:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5375725 | + EDI: CITICORP | Dec 18 2025 23:40:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375727 | EDI: WFNNB.COM | Dec 18 2025 23:40:00 | Comenity - Wayfair, PO Box 659617, San Antonio, TX 78265-9617 |
| 5378364 | EDI: DISCOVER | Dec 18 2025 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5375728 | + EDI: DISCOVER | Dec 18 2025 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5381904 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 18 2025 18:40:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 5375729 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 18 2025 18:40:00 | Hyundai Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 5380679 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 18 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5375730 | + EDI: CAPITALONE.COM | Dec 18 2025 23:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5387114 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 18:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5375731 | + Email/Text: bankruptcy@marinerfinance.com | Dec 18 2025 18:40:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5390351 | + EDI: NFCU.COM | Dec 18 2025 23:40:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5375732 | + Email/PDF: Bankruptcy_Prod@mohela.com | Dec 18 2025 18:39:31 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5379011 | EDI: MAXMSAIDV | Dec 18 2025 23:40:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5375733 | + EDI: NFCU.COM | Dec 18 2025 23:40:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 5386711 | EDI: PRA.COM | Dec 18 2025 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5386820 | EDI: Q3G.COM | Dec 18 2025 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5375734 | + Email/Text: bankruptcyteam@rocketmortgage.com | Dec 18 2025 18:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5382396 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 18 2025 18:40:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5386835 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 18:39:31 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5375735 | + | Email/Text: OpsEscalations@RocketLoans.com | Dec 18 2025 18:40:00 | Rocket loans, Attn: Bankruptcy, 1274 Library St, Detroit, MI 48226-2256 |
| 5375737 | + | EDI: SYNC | Dec 18 2025 23:40:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5375738 | + | EDI: SYNC | Dec 18 2025 23:40:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5376177 | + | EDI: PRA.COM | Dec 18 2025 23:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375739 | + | EDI: SYNC | Dec 18 2025 23:40:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5375740 | + | EDI: SYNC | Dec 18 2025 23:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5375741 | | EDI: TDBANKNORTH.COM | Dec 18 2025 23:40:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 5381675 | ^ | MEBN | Dec 18 2025 18:38:23 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5375742 | + | EDI: CITICORP | Dec 18 2025 23:40:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 5377737 | + | EDI: WFFC2 | Dec 18 2025 23:40:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5375743 | + | EDI: WFAUTO | Dec 18 2025 23:40:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5375744 | | Email/Text: bankruptcynotification@wellspan.org | Dec 18 2025 18:40:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5375718 | | Capital One Bank Usa N |
| 5375719 | ##+ | Chambersburg Hospital, 760 E. Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: 3180W | Total Noticed: 54 |

Date: Dec 20, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Susan M. Monninger ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Bradley E. Monninger ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Bradley E. Monninger<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0723<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susan M. Monninger<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7113<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–03376–HWV | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bradley E. Monninger

Susan M. Monninger
pka Suan M. Kent

12/18/25

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2