| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | BRADLEY E. MONNINGER |
| Debtor 2 (Spouse, if filing) | SUSAN M. MONNINGER |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 20-03376 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS, LLC

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 9 1 6 4

**Property address:** 5518 MONTGOMERY CHURCH ROAD
Number    Street

GREENCASTLE,           PA       17225-
City                   State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 77.16 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 77.16 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 77.16 |

Official Form 410C13-N          Trustee's Notice of Disbursements Made          page 1

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

☒ /s/Donna Schott, Funds Manager
Signature

Date 12/23/2025

Trustee: Jack N Zaharopoulos
First Name | Middle Name | Last Name

Address: 8125 Adams Drive, Suite A
Number | Street

Hummelstown | PA | 17036
City | State | ZIP Code

Contact phone (717) 566 – 6097

Email: info@pamd13trustee.com

Official Form 410C13-N      Trustee's Notice of Disbursements Made      page **2**

# Disbursements for Claim

**Case:** 20-03376     **BRADLEY E. MONNINGER**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI  48226-

Acct No: 9164/PRE ARREARS/5518 MO

Sequence: 24
Modify:
Filed Date: 12/29/2020 12:00:00AM
Hold Code:

|  | | | |
|---|---|---|---|
| Amt Sched: $176,331.00 | Debt: $77.16 | Interest Paid: $0.00 |  |
|  |  | Accrued Int: $0.00 |  |
| Amt Due: $0.00 | Paid: $77.16 | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC |  | 07/14/2021 | 2002749 | $77.16 | $0.00 | $77.16 | 07/23/2021 |

|  |  |  |  |
|---|---|---|---|
| Sub-totals: | $77.16 | $0.00 | $77.16 |
| Grand Total: | $77.16 | $0.00 |  |