Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Susan M. Monninger pka Suan M. Kent

Debtor 2    Bradley E. Monninger

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-03376 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no**. (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 9164

**Date of payment change:**
Must be at least 21 days after date of this notice                                    12/01/2022

**New total payment:**                                $1441.98
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $497.10                   New escrow payment:   $ 513.56

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____  New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   Current mortgage payment: $_____          New mortgage payment: $_____

Case 1:20-bk-03376-HWV    Doc    Filed 10/25/22    Entered 10/25/22 15:48:17    Desc
Main Document      Page 1 of 2

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*                                             Date    10/24/2022
  Signature
**Print:** Michael Farrington
       24 Oct 2022, 10:12:29, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>        <u>Market Street, Suite 5000</u>
        Number        Street
        Philadelphia,                    PA    19106

        City                    State        ZIP Code

Contact phone   (215) 627–1322            Email  <u>bkgroup@kmllawgroup.com</u>

Case 1:20-bk-03376-HWV   Doc    Filed 10/25/22   Entered 10/25/22 15:48:17    Desc
Document ID: 7c4dc6a78542f1dc13f713eda64ccb9020b788a6657b9d2eac8bdb8ecb501543
                    Main Document     Page 2 of 2