IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bradley E. Monninger<br>Susan M. Monninger pka Suan M. Kent<br>　　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Bradley E. Monninger<br>Susan M. Monninger pka Suan M. Kent<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 20-03376 HWV<br><br>Chapter 13<br><br>Related to Claim No. 14 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Bradley E. Monninger
5518 Montgomery Church Road
Greencastle, PA 17225

Susan M. Monninger pka Suan M. Kent
5518 Montgomery Church Road
Greencastle, PA 17225

Attorney for Debtor(s)
Nicholas G. Platt, Mooney Law
230 York Street (VIA ECF)
Hanover, PA 7331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com